UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RUSSELL HANKINS #160532,

    Plaintiff,

v.

JOHN WOODARD, and
MARK TENNISWOOD,

    Defendants.

Case No. 16-cv-13845
Hon. Matthew F. Leitman

_____/

**ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION (ECF #29) AND PETITION TO AMEND MOTION FOR RECONSIDERATION (ECF #30)**

In this action, Plaintiff Russell Hankins, an inmate in the Michigan Department of Corrections, asserted claims under the First, Eighth, and Fourteenth Amendments against Defendants John Woodard and Mark Tenniswood, two MDOC employees.

On February 27, 2017, the Defendants moved for summary judgment on Hankin's claims. (*See* ECF #19.) The assigned Magistrate Judge issued a Report and Recommendation in which she suggested that the Court grant the motion (the "R&R"). (*See* ECF #25.) The Magistrate Judge also recommended that the Court deny Hankins' motion for preliminary injunction. (*See id.*) Hankins filed objections to the R&R. (*See* ECF #26.) On September 25, 2017, the Court entered an order in which it (1) overruled Hankins' objections to the R&R, (2) granted the Defendants' motion for summary judgment, and (3) denied Hankins' motion for preliminary injunction (the "Order").

1

(*See* ECF #27.) On that day, the Court entered judgment in favor of the Defendants. (*See* ECF #28.)

On October 18, 2017, Hankins filed a motion for reconsideration directed at the Order and judgment in favor of the Defendants. (*See* ECF #29.) Hankins thereafter filed a petition to amend his motion for reconsideration and requested that the Court grant reconsideration of the Order. (*See* ECF #30.)

**IT IS HEREBY ORDERED** that Hankins' motion for reconsideration and petition to amend his motion for reconsideration (ECF ## 29, 30) are **DENIED** because Hankins has failed to demonstrate a palpable defect by which the Court and the parties have been misled and/or that correcting any such defect, if one existed, would result in a different disposition. *See* Local Rule 7.1(h).

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: November 15, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 15, 2017, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764